## MASSACHUSETTS *v.* WHITE

No. 77–1388.   Argued November 28, 1978—Decided December 11, 1978

*Barbara A. H. Smith,* Assistant Attorney General of Massachusetts, argued the cause for petitioner.  With her on the briefs were *Francis X. Bellotti,* Attorney General, and *Stephen R. Delinsky,* Assistant Attorney General.

*Robert S. Cohen* argued the cause and filed a brief for respondent.*

PER CURIAM.

The judgment is affirmed by an equally divided Court.

MR. JUSTICE POWELL took no part in the consideration or decision of this case.

---

*\*Fred E. Inbau, Wayne W. Schmidt, Robert Smith,* and *James P. Costello* filed a brief for Americans for Effective Law Enforcement, Inc., as *amicus curiae* urging reversal.